**CARTEE, LC**
Anthony B. Cartee (SBN 248721)
333 City Boulevard West, 17th Floor
Orange, CA 92868
Telephone: (714) 942-2225
Email: acartee@ac-legal.com

Attorney for Plaintiffs:
Western Repacking, LLLP, and
The Thomas Colace Co. Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WESTERN REPACKING, LLLP and THE THOMAS COLACE CO. INC., <br><br> Plaintiffs, <br><br> - against - <br><br> NUTRITION CORP, INC. d/b/a FRESH N LEAN.COM, NUTRITION CORP HOLDCO, INC., THOMAS J. ASSEO and LAUREEN E. ASSEO, <br><br> Defendants. | CASE NO.: 8:23-cv-00749-JVS-DFMx <br><br> **NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT** <br><br> Date:  October 16, 2023 <br> Time:  1:30 p.m. <br> Dept.:  10C |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE THAT** on October 16, 2023, at 1:30 p.m., in Department 10C, of the US District Court of the Central District of California, located at 411 W. 4th Street, Santa Ana, CA 92701, Plaintiffs Western Repacking, LLLP and The Thomas Colace Co. Inc. (collectively, "Plaintiffs"), by and through undersigned counsel, will and hereby does move this honorable Court for entry of

judgment by default against defendants Nutrition Corp, Inc. d/b/a Fresh N Lean.com, Nutrition Corp Holdco, Inc., Thomas J. Asseo and Laureen E. Asseo, jointly and severally, pursuant to Rule 55 of the Federal Rules of Civil Procedure and the Perishable Agricultural Commodities Act, 7 U.S.C. 499a, *et seq.* In support of this request, Plaintiffs respectfully refer this Court to the Memorandum of Law, Declarations, and Exhibits submitted herewith.

WHEREFORE, Plaintiffs respectfully request entry of judgment by default against defendants Nutrition Corp, Inc. d/b/a Fresh N Lean.com, Nutrition Corp Holdco, Inc., Thomas J. Asseo and Laureen E. Asseo, jointly and severally, for their failure to plead or otherwise defend this action as fully appears from the court file herein, all pleadings filed in this action, and from the attached declarations of Plaintiffs' representative and counsel as follows: (a) in favor of Western Repacking, LLLP in the total amount of $57,169.41, which includes the principal amount of $45,369.70, interest owed on that debt through September 8, 2023, in the amount of $5,106.98, attorneys' fees through September 8, 2023, in the amount of $6,692.72, and costs in the amount of $1,721.50, plus additional accrued interest through and including the date of entry of judgment at the rate of $22.37 per day; and (b) in favor of The Thomas Colace Co. Inc. in the total amount of $6,078.44, which includes the principal amount of $4,862.40, interest owed on that debt through September 8, 2023, in the amount of $498.76, attorneys' fees through September 8, 2023, in the amount of $717.28, and costs in the amount of $184.50, plus additional accrued interest through and including the date of entry of judgment at the rate of $2.40 per day; and that Plaintiffs be awarded such other and further relief as the Court deems just and proper.

///

///

///

| | | |
|---|---|---|
| Dated: September 15, 2023 | | CARTEE, LC |
| | By: | /s/ Anthony Cartee |
| | | Anthony Cartee, Esq. |